IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY WOODS, | No. C 14-2497 JSW (PR) |
| Petitioner, | |
| v. | **ORDER OF TRANSFER** |
| | (Dkt. No. 2) |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254.  A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction.  *See* 28 U.S.C. § 2241(d).  Petitioner is incarcerated in Riverside County and was convicted in Los Angeles County.  Riverside and Los Angeles Counties lie within the venue of the Central District of California.  *See* 28 U.S.C. § 84.  Accordingly, this action is TRANSFERRED to the United States District Court for the Central District of California.  Ruling on the pending motion to proceed in forma pauperis (docket number 2) is deferred to the Central District in light of this transfer.  The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: August 7, 2014

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES HENRY WOODS,

      Plaintiff,

  v.

STATE OF CALIFORNIA et al,

      Defendant.

Case Number: CV14-02497 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 7, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James H. Woods
CDC-AR-9735
P.O. Box 3535
Norco, CA 92860

Dated: August 7, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk